Christopher Kibodeaux

6:21-cv-1969

## Summary of Complaint

FILED 2021 NOV 22 PH 1:25 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

I was a patient at Orlando health and had some issues in which I started to file internal which started the process of retaliation within the system of Orlando health which is in Orlando, FL the employees all work in Orland Florida and the claim happened in Orlando Fl as well which allows the courts to have Jurisdiction over this case and it's a federal question as to 42 US Code SS 1983Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

1. While I was protesting off property in which Orlando Health and the employees knew of such, they had called the OPD on me as My car was parked in a handicap spot but I was on the side walk with my sign.
2. The 89 West Copeland was having a New Building being built and had many roads blocked off so having hardware in my back I did park in a handicap spot which I was and legally able to do such.
3. They had called the police on me for "looting" I had after standing long enough to pinch my back I was heading back to my car when I had meet with a OPD and was formally given a NO TRESPASS.
4. Orlando health violated my rights to peacefully protest and used tactics and retaliation vers. Communication to help resolve the matter knowing they could have come out to speak to myself at any time as to why and what was happening. They had known about another illegal issue that had happened in which was the reason I was using my First Amendment rights.
5. Orlando health tried to suppress myself from being truthful and honest I was again asked to leave the side walk when I called a OPD but after speaking with a security guard I just moved before the OPD came up and was on main road when the OPD did arrive and advised me that I was ok were I was and what my issue was with the hospital.
6. Orlando health knowing and intuitionally to stop my acts that was an within my rights
7. It has caused me to have panic attacks as well as starting to see a therapist

*[signature]*
4950 Samoa circle
Orlando, Fl 32808